UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Maria, Shorok A

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Abouelela, Joanna
Nour, Wael
Bekhit, Nervin

**COMPLAINT**

Jury Trial: ☐ Yes ☒ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name              Shorok, A. Maria
             Street Address    21 Pulaski Ave
             County, City      South River
             State & Zip Code  NJ, 08882
             Telephone Number  347 871 5736

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: Joanna Abouelela
Street Address: 469 Ridgewood Ave,
County, City: Staten Island (Richmond County)
State & Zip Code: NY 10312

Defendant No. 2
Name: Wael Nour
Street Address: 469 Ridgewood Ave
County, City: Staten Island (Richmont County)
State & Zip Code: NY 10312

Defendant No. 3
Name: Nervin Bekhit
Street Address: 433 Kings Hwy (Arvut home Care)
County, City: Brooklyn NY Kings County
State & Zip Code: New York 11223

Defendant No. 4
Name: 
Street Address: 
County, City: 
State & Zip Code: 

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    ☐ Federal Questions        ☒ Diversity of Citizenship
    ☐ U.S. Government Plaintiff ☐ U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

(1)

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __New Jercy__

Defendant(s) state(s) of citizenship __New York__

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __469 Ridgewood Ave Staten Island NY 10312__

B. What date and approximate time did the events giving rise to your claim(s) occur? __November 1st, 2019 - March 2019__

C. Facts:

**What happened to you?**
① On November first Mrs Joanna posted a defamatory statement (posts) about me in many diffrent groups on the facebook & every group had thousands of member ② on March Mrs Joanna sent a friend of her trespaising while we are sleeping after Midnight she gave him her keys he saw me sleeping in my bed she admitted this too on her defamatory statement.

**Who did what?**
Mrs Joanna posted on the facebook that I stealed her furniture and 5 tvs which is never hapned and that I didn't pay the rent so they evicted me which is wrong and I have stipulation from Staten Island housing Court for holdover case not anon payment case. also she stated that I am divorced and had multiple affairs which is never hapned to have multiple physical affairs since its against my culture and religious.

**Was anyone else involved?**
→ Mr Nour her husband also involved since he was helping my Ex husband to take my children from me since I had full legal and physical custody — My Ex husband submit to the Court the notice of holdover action and stipulation to proof that I will not have a house and then he could take the custody.

**Who else saw what happened?**
→ thousands of people on face book see and comment - I had the whole conversation printed - many women attacking me furiously those were her friends (Mrs Joanna) - Many women are against her since she didn't had any proof of her talking

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ___New Jercy___

Defendant(s) state(s) of citizenship ___New York___

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __469 Ridgewood Ave Staten Island NY - 10312__

B. What date and approximate time did the events giving rise to your claim(s) occur? __November 1st, 2019 and March 2019.__

C. Facts [What happened to you?]: Mrs Joanna posted on facebook a defamatory statements about me in many different groups — she threatened on public that she will not leave me alone and she will keep following me everywhere to destroy my life.

[Who did what?] Mrs Joanna aboueleta (first defendant)

[Was anyone else involved?] Her husband wael Nour — (2nd defendant) Her cousin Nervin Bekhit (3rd defendant)

[Who else saw what happened?] My Manager Lamiaa Shalabi called me November 2nd, 2019 after she knew about facebook posts — she was very upset about this defamation — she sent me a screen shat from diffrent group too.
Many other ladies I didn't knew before they contacted me on messenger app showing their support and sorrow about this

Marwa omar - Emy Fada, Nora Eluazy, Amoura El shehaby They asked me to call them as a witnesses about this defamation all of them asking her to submit proof about this otherwise she is lying.

**IV. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

① I suffered from Mental anguish (distress, anxiety, grief, Trauma, depression, panic attacks) since this time I was treated from this Mental Stress by Escitalopram 15 mg and still can't control this sever symptoms which stop my life completely.

② This defamation will lead to my death by stoning since this is not acceptable in my Religion as a muslim to have physical affairs outside Marriage relationship this is a huge Sin and the punishment in Islam is stoning to death so I can't go back to my country Egypt

**V. Relief:** to see my family forever.

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I am asking the court for the amount of 1,000,000 one Million dollars as a compensation for this defamation

① First of all, I am a Muslim woman with 2 kids what she did for me destroy my reputation and my kids reputation in our Muslim community.

② Second I am a Medical doctor and this will destroy My life since if the patient knows this about me they will not trust me anymore. this will destroy my life at all and my kids life

③ If I went go to Egypt I will lose my life.

④ Her and her husband complicity with my Ex husband to take the custody from me by hold over case to proof that I don't have a place to stay in with my kids. Her husband Mr nour gave the stipulation to my Ex husband - this is on Staten Island Supreme court transcript on october, 2019 in the case of custody.

⑤ all of her claims are done intentionally to destroy my reputation and life, she published it on facebook - The damage already happened - she didn't have any proofs of her claims

-4-

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __New Jercy__

Defendant(s) state(s) of citizenship __New York__

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __464 Ridgewood Ave Staten Island NY 10312__

B. What date and approximate time did the events giving rise to your claim(s) occur? __October 2019 - November 2019__

C. Facts: [What happened to you?] Mr Wael Nour is working with my Ex husband to take from me the custody of my 2 children since the court gave me the full legal and physical custody of my children after forensic evaluation but my Ex husband and Mr Nour planned together to destroy my life.

(2) Mr Wael contacted my sister and my brother in law by phone in Egypt stating that I have multiple physical affairs and if I went to Egypt he will not let me come back to us.

[Who did what?] Mr Wael Nour (second defendant)

[Was anyone else involved?] Mrs Joanna aboulela (1st defendant)

Mrs Nervin Bekhit (3rd defendant)

[Who else saw what happened?] My Sister (Shaima Haria) My brother in law (Mohamed Nazim)

-3-

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

(1) Since this time I suffered from sever anxity - panic attacks - depression which completely stop my life. I am treated since this time with Escitalopram 15 mg and still can't cope with sever symptoms.

(2) This accusation of having Multiple physical affairs outside marriage relationship, will leads to my death by stoning since this accusation is against my Religion as a Muslim woman and against my culture and the punishment is stoning to death.

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I am asking the court for the amount of one Million dollars as a compensation for this damage and defamation.

Since Mr Nour and my Ex husband planned to take my kids from my custody by this dirty way - They also planned to destray my life as a Muslim woman having 2 children and as a Medical doctor too.

Mr Nour gave my Ex husband stipulation to submit it in custody case - this is in Staten Island Supreme court transcript on October 2019 he did this intentionally to help my Ex husband to destroy my life. also he didn't have any proofs that I had Multiple physical affairs.

-4-

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __New Jercy__

Defendant(s) state(s) of citizenship __New York__

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __Brooklyn - NY__

B. What date and approximate time did the events giving rise to your claim(s) occur? __November 3rd, 2019 - April 2019__

**What happened to you?**

C. Facts: Mrs Bekhit Called my Manager Lamiaa Shalabi stating that I am divorced and life with a man who is my physical affair (April 2019)
Also Mrs Bekhit Called my second Manager Hisham Hadidi on (November 3rd, 2019) stating that I stealed furniture and 5 TVs from her Cousin (wael nour) house.

**Who did what?**

Mr (Nervin Bekhit) 3rd defendant.

**Was anyone else involved?**

Mr (wael nour) 2nd defendant

Mrs Joanna Abouelela (1st defendant)

**Who else saw what happened?**

Mr Hisham Hadidi (My Manager)

Mrs Lamia Shalabi (My Manager)

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

1) Since this time (November) 2019 I suffered from sever anxiety, panic attacks, depression - I am treated by Escitalopram 15 mg and still can't cope with this sever symptoms.

2) Mrs Bekhit accusation will leads to my death by stoning since having physical affair outside marriage relationship is against my religion since I am Muslim woman and the punishment is stoning to death.

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I am asking the Court for one Million dollar as a compensation of this intentianlly defamation and assult without any proofs.

Mrs Bekhit when she called my Managers - she wanted them to stop me from working with them and to destroy my life as a Muslim woman and as a Medical Doctor too - she also intentianlly want to destroy my children reputation since she is working as a coordinator in our Muslim Community and she told this accusation to many Muslim persons in our community -

She did this intentionally to defamate me without any proofs of her claims.

- 4 -

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 13th day of January, 2020.

Signature of Plaintiff: Sharok Maria
Mailing Address: 21 Pulawski Ave
South River NJ
Zip/ 08882
Telephone Number: 347-671-5736
Fax Number *(if you have one)*:
E-mail Address: Sharokmaria@yahoo.com

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: Sharok Maria

- 5 -

9:18

< Joanna's Post ...

 المصريات في امريكا ◄ Joanna Abouelela
Egyptian ladies in America

November 1 at 9:51 PM ·

انا عاوزه احكلكم علي حاجه حصلت معايا من كام شهر و مكنتش حبه أني أحكيها في الأول لأني مبحبش المشاكل و اللات و العجن بس انا النهارده اصرت أني احكلكم عشان كل واحد يفكر كويس اوي قبل ما يعمل حاجه أو يثق في حد و يعمل احطياتاته بذياده . انا عرضت بيتي لليجار في الستاتن إيلاند علي احدي الجروبات اللي ذي دي و عرضت اجار الدور الأول و التاني و ترك البيسمنت ليه لان جوزي بيشتغل بين مصر و نيويورك و انا كنت نازله مصر للاقامه فيها سنه أو اتنين لظروف ما المهم جتلي وحده دكتوره المفروض انها محترمه معاها ولد و بنت و أمها عايشه معاها و قالت ان جوزها شغال في مصر و بعد فتره عرفت أصلا انها مطلقه و ده ميفرقش معايا في حاجه و المهم انا سبتلها البيسمنت مفتوح عشان تنزل تغسل و كمان سبتلها في الشقه بعض الأغراض لان الاستوردش مقديش كل حاجه فسبتلها dinning room و ٥ تلفزيونات للاستخدام طول فتره الإيجار و علي انها تسلمهملي لما يخلص عقد الإيجار اللي هو بعد سنه و قبله للتجديد حسب الظروف و بعد مرور حوال السنه و العقد خلص بس احنا لسه في مصر فمطلبناش انها تعزل ولا حاجه و قلنا خلاص احنا لسه اعدين في مصر وهي بتدفع إيجارها و كله ماشي كويس و جت بعد كده جوزي بداء يحس كل ما يروح ان في حد مقيم في البيسمنت و قالي و انا كذبته و قلتله استحاله هي بتستخدمه للغسيل بس لحد في يوم بعتنا ناس صحبنا يخدوا حاجه من البيسمنت يلاقوها مقيمه

    

Joanna's Post

من آن المصريين يعملوا كده في بعض في ألغربه رغم اني مكنتش عاوزه اجر بيتي لحد غير عربي عشان يبقي مني

👍 Like

 Saher Gamal and 142 others

View more comments...

 **Laila Mahmoud**
طيب انت متقدريش تثبتي سرقتها للسفرة...؟ عموما حسبي الله ونعم الوكيل ربنا يعوض عليك والله ليه صديقه في نيويورك عندها شقتين للايجار لكن مبدأها تقولي ابعديني عن المصريين في الغربه انا مش باجر لمصريين لانها لها 21 سنه في امريكا فواضح انها عندها حق وهي صح

1w   Like

**Sara Shabrawy**
لا حول ولا قوة الا بالله العلي العظيم ربنا يعوض عليك خير واحتسبى حقك عند ربنا مفيش حاجة بتضيع عنده ودى مشكلة كبيرة فعلا تخلى الواحد مش يثق في حد بسهوله ربنا يسترها معاك ومعانا يا رب

    

**Joanna's Post**

ربنا ييسرك عدلي وعداه يا رب

1w  Like



**Om Omar Ahmed**

انتى ست طيبه وجدعه وربنا هيعوضك خير وهيديكى على قد نيتك الطيبه متزعليش انك اتعلمتى درس صعب ودفعتى تمنه كتير متزعليش على حسن نيتك بلناس وصدقينى هى اللى خسرانه مش انتى 💔💔

1w  Like



**Joanna Abouelela**

الحمد لله و العوض علي الله

1w  Like



**Noona Aelsalam**

حسبي الله ونعم الوكيل في كل ظالم بجد ربنا يعوض عليكي ويجبلك حقك منها ان شاء الله

1w  Like  👍1



**Nevine Ayoub**

عوضك علي الله الوجع ما بيجي الا من ابن بلدك و بيكون اقوي وجع انا تجربتي مع بعض المصريات كانت سيئة للغاية للاسف بس الحمد لله في كمان مصريات مفيش احسن منهم و اخلص منهم يعني

    

9:18

< Joanna's Post ...

1w  Like


**Dalia Ayad**
ربنا يعوض عليكى. مش تزعلي.
1w  Like


**Nour Adam**
والله الشهاده العاليه مش دليل علي رقي الأخلاق والتربيه عن تجربه انا كمان من ستاتين ايلاند وربنا يعوضك خير فداء اولادك
1w  Like


**Joanna Abouelela**
**Nour Adam** أهلا وسهلا بجرنا الحلوين
1w  Like  ♡1


**Joanna Abouelela**
**Nour Adam** هو مش قصه الشهادة يما في ناس تعلمهم علي ادهمًا بس محترمين بس هو الإنسان بيتخدغ ويقول ان الدكتره دول المفروض انهم مليكه الرحمه و الضمير احنا بنأمن علي حيتنا ما بين اداهم فمش حتأمني علي بيتك
1w  Like  1

    

< 🔍 Search Facebook

 **Manal Ibrahim**

**Manar Sabry** كلامك ممتاز وماضاع حق وراءه مطالب . ومن راى منكم منكر فليغيره. والمؤمن القوى خير وأحب الى الله من المؤمن الضعيف فعلا هى ماتستسلمشى وتقول عوضى على الله فعلا ربنا بيعوض دى اميد لكن لازم بردوا نسعى بكل ماوتينا من جهد لاسترجاع حقنا والباقى على الله هى تبلغ وتهددها انها هتفضحها

3w   Like                                    ❤2

 **Joanna Abouelela**

**Manar Sabry** لا انا مش حسبها إنشاء الله مش عشان الحاجه انا متأكده ان ربنا حيعوضني احسن من الحاجه دي مليون مره بس عشان هي تتعلم متضحكش علي حد و تسرق حد كده لأني انا أصلا معجبنيش حكم القاضي لما خلاها متدفعش انشاله لو نصف الإيجار اللي هي مدفعتهوش لان ده حيعودها تعمل كده علي طول لان مفيش عقاب

3w   Like                                    ❤1

