FILED
in the Clerk's Office
U.S. District Court, EDNY

Feb 8th 2021
1:17PM

Brooklyn Pro Se Office
via email

## Alexandria Security Directorate

### Sidi Gaber Police Station

Civil Status Record No.: 68           Date: 26/11/2020

Registration No.: 12602               Registration type: Administrative

---

It's on 26/11/2020 at 09:36 Pm.

Before us / police officer: TAWFIK SABER MOHAMED

Attended to the police department the citizen / EMAD ANTAR ABDALLA BASHA and upon commission from the officer at the police department to issue the record, we asked him and he respond

Name: EMAD ANTAR ABDALLA BASHA

Identification proof: Passport No.: ▓▓▓▓▓▓     Age: 45

Profession: professor            Capacity: Complainant

Resident in: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Telephone No.: ▓▓▓▓▓▓▓

Status of the party: presented by him-self

Name of deputy:

Interrogation Record:

Q: What are the details of your report?

A: I handed over to Mr./ WAEL GOMAA NOUR a photocopy of the case No. 120 CB 5076 filed by me in New York Federal Court against him and his wife / GIUANA ABOUELELA. Therefore, they are received from me a copy of the above-mentioned case upon the decree of the Federal Court and I reported thereto.

Q: When and where did this happen?

A: Today, Terrace Smouha in the club, Solik Towers No. 4

Q: Before who did this happen?

A: Before each of AHMED ABDELFATTAH MOHAMED and OSAMA ABDELNABY ABDELHAY

Q: What's the harm to you?

A: There is no harm, but the matter is to prove the case of delivering a copy of the aforementioned case to the aforementioned names, based on the Federal Court's decision.

Q: What is your relationship with the second party?

A: There was a working relationship between us.

Q: Are there previous disagreements?

A: No

Q: What do you mean by your report?

A: This report is for proving the case of delivering a copy of the case to each of WAEL GOMAA NOUR and his wife/ GIUANA ABOUELELA in their residence.

Q: Do you have other words?

A: No

His words have been registered and signed by him "EMAD ANTAR ABDALLA BASHA"

A copy of the case No. illegible 120/ 5076 CV has been attached.

---

* al-Rahma Center for Modern Translation Testify that the English Translation is Identical to the Arabic Text without holding any responsibility towards its contents. 01 Dec 2020

Adress : Shebin Elkom – Monofya   Tel : 01005669147 – 01007078351- 0482222668   Email : Abdo_omar79@yahoo.com

